UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| vs. | BILL OF INFORMATION |
| KARON G. JACKSON, | 18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D) |
| Defendant. | 18 U.S.C. §§ 922(g)(9) and 924(a)(8) |
| | FORFEITURE ALLEGATION |

FILED
RICHARD W. NAGEL
CLERK OF COURT

JUN 18 2025 12:32 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

2:25-CR-109
Judge Graham

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
(Dealing in Firearms Without a License)

Beginning in or around November 2023, and continuing thereafter up to and including January 31, 2025, in the Southern District of Ohio, the defendant, **KARON G. JACKSON**, willfully engaged in the business of dealing in firearms without a federal firearms license.

In violation of 18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D).

## COUNT 2
### (Prohibited Person in Possession of a Firearm)

On or about January 31, 2025, in the Southern District of Ohio, the defendant, **KARON G. JACKSON**, knowing he had previously been convicted of a misdemeanor crime of domestic violence, knowingly possessed one or more firearms—specifically: (1) a Glock, model 19X, 9mm pistol (S/N: AFTB692); (2) a Glock, model 19X, 9mm pistol (S/N: BPSZ169); (3) a Glock, model 19X, 9mm pistol (S/N: AGGN450); and (4) a Springfield Armory, Hellcat Pro, 9mm pistol (S/N: BB452787)—and the firearms were in and affecting interstate and foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(9) and 924(a)(8).**

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures to the United States of America under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of any of the offenses from Count 1–2, the defendant, **KARON G. JACKSON**, shall forfeit to the United States all firearms and ammunition involved or used in such offenses, including, but not limited to:

|   | Manufacturer | Model | Caliber | Serial Number |
|---|---|---|---|---|
| 1 | Walther | PDP | 9mm | FDU2795 |
| 2 | Springfield Armory | Hellcat | 9mm | BA366004 |
| 3 | Sig-Sauer | 365XL | 9mm | 66B878272 |
| 4 | Sig-Sauer | 365X | 9mm | 66F962387 |

| 5 | Smith & Wesson | M&P | 9mm | HBC2518 |
| 6 | Smith & Wesson | SD9VE | 9mm | FYB8825 |
| 7 | Smith & Wesson | M&P 5.7 | 5.7x28mm | PKF5457 |
| 8 | Luger | CSX | 9mm | SBD4763 |
| 9 | KE Arms Rifle | N/A | 556/223 | AC02915 |
| 10 | Heckler & Koch | VP9 | 9mm | 224-379610DE |
| 11 | Glock | 26 | 9mm | ACFY895 |
| 12 | Glock | 19 | 9mm | AFNY041 |
| 13 | Glock | 27 | .40 caliber | BAKH582 |
| 14 | Glock | 19 | 9mm | AFCF270 |
| 15 | Canik | TP9SA | 9mm | 16AP1422 |
| 16 | Glock | 19X | 9mm | AFTB692 |
| 17 | Glock | 19X | 9mm | BPSZ169 |
| 18 | Glock | 19X | 9mm | AGGN450 |
| 19 | Springfield Armory | Hellcat Pro | 9mm | BB452787 |

Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

KELLY A. NORRIS
ACTING UNITED STATES ATTORNEY

NOAH R. LITTON (0090479)
Assistant United States Attorney